## Uetz, Appellant, v. Uetz.

Argued June 19, 1967. *Myron H. Deutsch,* with him *Packman, Deutsch & McErlean,* for appellant; *George S. Forde, Jr.,* with him *Stradley, Ronon, Stevens & Young,* for appellee.

Order affirmed.

## Waldron & Marvel, Incorporated, Liquor License Case.

Argued June 15, 1967. *John J. Poserina, Jr.,* for appellant; *James Iannucci,* Special Assistant Attorney General, with him *I. Harry Checchio,* Special Assistant Attorney General, *Thomas J. Shannon,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Pennsylvania Liquor Control Board, appellee.

Order affirmed.

## Williams v. Williams, Appellant.

Argued June 16, 1967. *Rufus Scoville Watson,* with him *Watson, Watson and Watson,* for appellant; *Leslie P. Hill,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.